## Byrd Unemployment Compensation Case.

Argued September 17, 1964. *Leonidas A. Allen,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Casselli Unemployment Compensation Case.

Argued September 15, 1964. *Chester Thomas Cyzio,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Commonwealth ex rel. Adams, Appellant, *v.* Adams.

Argued September 18, 1964. *Conrad G. Moffett,* for appellant; *A. Osinoff,* with him *Gilbert P. High,* and *High, Swartz, Roberts & Seidel,* for appellee.

Order affirmed.